Case 22-42236-elm7    Doc 8    Filed 01/31/23    Entered 01/31/23 22:34:47    Desc Main
Document    Page 1 of 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 22-42236 | ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Full Boar Ventures L | | | | Date Filed (f) or Converted (c): | 09/24/2022 (f) |
| | | | | | 341(a) Meeting Date: | 11/02/2022 |
| For Period Ending: | 01/30/2023 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Causes of action against third parties (whether or not a lawsuit has been filed)  Tommy and Glenda Gutierrez - made knowing and material misstatements which they intended debtor to rely upon. The Gutierrezes misrepresented accounts receivable; deposits that were paid on future projects; and skill and competence of employees. Nature of claim = fraud | 300,000.00 | 300,000.00 | | 0.00 | 300,000.00 |
| 2. Accounts Receivable  over 90 days old | 1,262,500.00 | 1,262,500.00 | | 0.00 | 1,262,500.00 |

| | | | | Gross Value of Remaining Assets | |
| TOTALS (Excluding Unknown Values) | $1,562,500.00 | $1,562,500.00 | | $0.00 | $1,562,500.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The case trustee has not made a determination regarding assets in this case. Debtor scheduled a potential fraud claim in the amount of $300,000 based on knowing and material misstatements made in connection with Debtor's purchase of the business.   Trustee has requested documents and information to assist with evaluation of this potential claim.  Debtor also scheduled certain old accounts receivable that remain unpaid. Trustee will pursue possible collection of the receivables.

Initial Projected Date of Final Report (TFR): 12/31/2024        Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:    /s/ Marilyn D. Garner, Trustee        Date: 01/30/2023

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net