FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 22-42236 ELM | Judge: | Edward L. Morris | Trustee Name: | Marilyn D. Garner, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Full Boar Ventures L | | | Date Filed (f) or Converted (c): | 09/24/2022 (f) |
| | | | | 341(a) Meeting Date: | 11/02/2022 |
| For Period Ending: | 01/29/2024 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Causes of action against third parties (whether or not a lawsuit has been filed) Tommy and Glenda Gutierrez - made knowing and material misstatements which they intended debtor to rely upon. The Gutierrezes misrepresented accounts receivable; deposits that were paid on future projects; and skill and competence of employees. Nature of claim = fraud | 300,000.00 | 300,000.00 | | 0.00 | 300,000.00 |
| 2. Accounts Receivable 11b. over 90 days old | 1,262,500.00 | 1,262,500.00 | | 0.00 | FA |
| 3. Accounts Receivable 11a. 90 days old or less | 0.00 | 0.00 | | 0.00 | FA |

| | | | | Gross Value of Remaining Assets | |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $1,562,500.00 | $1,562,500.00 | | $0.00 | $300,000.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Potential accounts receivable are too old and not appropriately supported with evidence and will not be pursued by Trustee. Trustee will administer funds to be refunded by Texas Workforce Commission. Trustee will review claims after the bar date and submit a Final Report.

Initial Projected Date of Final Report (TFR): 12/31/2024     Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:    /s/ Marilyn D. Garner, Trustee    Date: 01/29/2024

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499
mgarner@marilyndgarner.net